1  BRANDON E. WOOD
   Nevada State Bar Number 12900
2  NEVADA ASSOCIATION SERVICES, INC.
   6625 S. Valley View Blvd. Suite 300
3  Las Vegas, NV 89118
   Telephone:    (702) 804-8885
4  Facsimile:    (702) 804-8887
   Email: brandon@nas-inc.com
5
   *Attorney for Defendant Nevada Association
6  Services, Inc.*

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11 | THOMAS FORD,                              | CASE NO.: 2:20-CV-01566-GMN-EJY
12 |           Plaintiff,                      |
   | vs.                                       |
13 |                                           | **STIPULATION AND ORDER TO**
   | NEVADA ASSOCIATION SERVICES, INC.,        | **EXTEND TIME FOR NEVADA**
14 |                                           | **ASSOCIATION SERVICES, INC. TO**
   |           Defendant.                      | **FILE A RESPONSIVE PLEADING TO**
15 |                                           | **COMPLAINT**
16 |                                           |
   |                                           | **(First Request)**
17

18        **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

19                                 (First Request)

20        The parties respectfully submit the following Stipulation to allow Defendant NEVADA

21 ASSOCIATION SERVICES, INC. (hereinafter "Defendant") fourteen additional days from the date

22 of entry of this order to file a responsive pleading to Plaintiff THOMAS FORD'S (hereinafter

23 "Plaintiff"), Complaint filed on August 22, 2020.  Pursuant to Stipulation of the parties, Defendant

24 shall have until September 29, 2020.

25        This is the parties' first request for an extension.  This request is not made to cause delay or

26 prejudice to any party.

27 / / /

28 **/ / /**

---

1

STIPULATION AND ORDER

DATED this 14th day of September, 2020.

**NEVADA ASSOCIATION SERVICES, INC.**

By: /s/Brandon E. Wood
BRANDON E. WOOD
Nevada State Bar Number 12900
6625 S. Valley View Blvd., Suite 300
Las Vegas, Nevada 89118
*Attorney for Defendant Nevada Association Services, Inc.*

By: /s/Charles Geisendorf
CHARLES GEISENDORF
2470 St. Rose Parkway
Suite 309
Henderson, Nevada 89074
*Attorney for Thomas Ford*

## ORDER OF EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

IT IS HEREBY ORDERED that the response to the Complaint is due on or before September 29, 2020.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:20-cv-01566-GMN-EJY

**DATED:** September 15, 2020