BRANDON E. WOOD
Nevada State Bar Number 12900
NEVADA ASSOCIATION SERVICES, INC.
6625 S. Valley View Blvd. Suite 300
Las Vegas, NV 89118
Telephone:    (702) 804-8885
Facsimile:    (702) 804-8887
Email: brandon@nas-inc.com

*Attorney for Defendant Nevada Association Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS FORD,<br><br>　　　　　Plaintiff,<br>vs.<br>NEVADA ASSOCIATION SERVICES, INC.,<br><br>　　　　　Defendant. | CASE NO.: 2:20-CV-01566-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NEVADA ASSOCIATION SERVICES, INC. TO FILE A RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(Second Request)** |

### STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(Second Request)

The parties respectfully submit the following Stipulation to allow Defendant NEVADA ASSOCIATION SERVICES, INC. (hereinafter "Defendant") fourteen additional days to file a responsive pleading to Plaintiff THOMAS FORD'S (hereinafter "Plaintiff"), Complaint filed on August 22, 2020.

An Order granting the parties first extension of time to file a responsive pleading was entered September 15, 2020.

The parties are in settlement discussions of the alleged claims. Pursuant to Stipulation of the parties, Defendant shall have until October 13, 2020 to file a responsive pleading.

This is the parties' second request for an extension. This request is not made to cause delay or

prejudice to any party.

DATED this 28th day of September, 2020.

**NEVADA ASSOCIATION SERVICES, INC.**

By: _____  By: Charles Geisendorf
BRANDON E. WOOD                   CHARLES GEISENDORF
Nevada State Bar Number 12900     2470 St. Rose Parkway
6625 S. Valley View Blvd., Suite 300   Suite 309
Las Vegas, Nevada 89118           Henderson, Nevada 89074
*Attorney for Defendant Nevada*   *Attorney for Thomas Ford*
*Association Services, Inc.*

### ORDER OF EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

IT IS HEREBY ORDERED that the response to the Complaint is due on or before October 13, 2020.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Case No. 2:20-cv-01566-GMN-EJY

DATED: September 29, 2020

---

2

STIPULATION AND ORDER