BRANDON E. WOOD
Nevada State Bar Number 12900
NEVADA ASSOCIATION SERVICES, INC.
6625 S. Valley View Blvd. Suite 300
Las Vegas, NV 89118
Telephone:   (702) 804-8885
Facsimile:   (702) 804-8887
Email: brandon@nas-inc.com
*Attorney for Defendant Nevada Association Services, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS FORD,<br><br>            Plaintiff,<br>vs.<br>NEVADA ASSOCIATION SERVICES, INC.,<br><br>            Defendant. | CASE NO.: 2:20-CV-01566-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NEVADA ASSOCIATION SERVICES, INC. TO FILE A RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(Third Request)** |

## STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(Third Request)

The parties respectfully submit the following Stipulation to allow Defendant NEVADA ASSOCIATION SERVICES, INC. (hereinafter "Defendant") fourteen additional days to file a responsive pleading to Plaintiff THOMAS FORD'S (hereinafter "Plaintiff"), Complaint filed on August 22, 2020.

An Order granting the parties first extension of time to file a responsive pleading was entered September 15, 2020.

An Order granting the parties second extension of time to file a responsive pleading was entered September 29, 2020.

The parties are in settlement discussions of the alleged claims. Pursuant to Stipulation of the

---

1

STIPULATION AND ORDER

parties, Defendant shall have until October 27, 2020 to file a responsive pleading.

This is the parties' third request for an extension. This request is not made to cause delay or prejudice to any party.

DATED this 13th day of October, 2020.

**NEVADA ASSOCIATION SERVICES, INC.**

By: _____
BRANDON E. WOOD
Nevada State Bar Number 12900
6625 S. Valley View Blvd., Suite 300
Las Vegas, Nevada 89118
*Attorney for Defendant Nevada Association Services, Inc.*

By: /s/Charles Geisendorf
CHARLES GEISENDORF
2470 St. Rose Parkway
Suite 309
Henderson, Nevada 89074
*Attorney for Thomas Ford*

### ORDER OF EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

IT IS HEREBY ORDERED that the response to the Complaint is due on or before October 27, 2020.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:20-cv-01566-GMN-EJY

**DATED:** October 14, 2020