BRANDON E. WOOD
Nevada State Bar Number 12900
NEVADA ASSOCIATION SERVICES, INC.
6625 S. Valley View Blvd. Suite 300
Las Vegas, NV 89118
Telephone:    (702) 804-8885
Facsimile:    (702) 804-8887
Email: brandon@nas-inc.com
*Attorney for Defendant Nevada Association Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS FORD,<br><br>　　　　　Plaintiff,<br>vs.<br>NEVADA ASSOCIATION SERVICES, INC.,<br><br>　　　　　Defendant. | CASE NO.: 2:20-CV-01566-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NEVADA ASSOCIATION SERVICES, INC. TO FILE A RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(Fourth Request)** |

### STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(Fourth Request)

The parties respectfully submit the following Stipulation to allow Defendant NEVADA ASSOCIATION SERVICES, INC. (hereinafter "Defendant") fourteen additional days to file a responsive pleading to Plaintiff THOMAS FORD'S (hereinafter "Plaintiff"), Complaint filed on August 22, 2020.

An Order granting the parties first extension of time to file a responsive pleading was entered September 15, 2020.

An Order granting the parties second extension of time to file a responsive pleading was entered September 29, 2020.

An Order granting the parties third extension of time to file a responsive pleading was entered

---

1

STIPULATION AND ORDER

October 14, 2020.

The parties are in settlement discussions of the alleged claims. Pursuant to Stipulation of the parties, Defendant shall have until November 10, 2020 to file a responsive pleading.

This is the parties' third request for an extension. This request is not made to cause delay or prejudice to any party.

DATED this 27th day of October, 2020.

**NEVADA ASSOCIATION SERVICES, INC.**

By: _____          By: /s/Charles Geisendorf
BRANDON E. WOOD                                    CHARLES GEISENDORF
Nevada State Bar Number 12900              2470 St. Rose Parkway
6625 S. Valley View Blvd., Suite 300          Suite 309
Las Vegas, Nevada 89118                          Henderson, Nevada 89074
*Attorney for Defendant Nevada*                *Attorney for Thomas Ford*
*Association Services, Inc.*

**ORDER OF EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

IT IS HEREBY ORDERED that the response to the Complaint is due on or before November 10, 2020.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:20-cv-01566-GMN-EJY

DATED: October 28, 2020